Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

RAY MICHAEL NEW SR

CASE NO: 13-10197-RLJ-13
HEARING DATE: 10/2/2013
HEARING TIME:   11:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 10/2/2013 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 10/2/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    8/8/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 8/8/2013

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

ABILENE USED AUTO SALES 497 E S 11TH STREET  ABILENE TX 79602
ADVANCED AMERICA 3285 S 14TH  ABILENE TX 79605
ALLTEL COMMUNICATIONS 1801 B SOUTH MONROE STREET  TALLAHASSE FL 32301
BAYVIEW LOAN SERVICING 4425 PONCE DE LEON BLVD 5TH FLOOR  CORAL GABLES FL 33146
ENHANCED RECOVERY CORP ATTN CLIENT SERVICES 8014 BAYBERRY RD JACKSONVILLE FL 32256
ER SOLUTIONS/CONVERGENT OUTSOURCING INC PO BOX 9004  RENTON WA 98057
FAMILY PRACTICE ASSOCIATES 35 WINDMILL CIRCLE  ABILENE TX 79606
FIRST FINANCIAL BK NA 400 PINE ST  ABILENE TX 79601
HENDRICK MEDICAL CENTER COLLECTION DEPARTMENT 1900 PINE STREET ABILENE TX 79601
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LHR INC 56 MAIN ST  HAMBURG NY 14075
MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
NOBLE FIN PO BOX  BOERNE TX 78006
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
RAFELA CAMACHO 1566 OAK ST  ABILENE TX 79602
RAY MICHAEL NEW SR 1617 OAK ST  ABILENE TX 79602
SERVICE BUREAU INC 2705 81ST ST  LUBBOCK TX 79423
TAYLOR CO CENTRAL APPRAISAL DISTRICT 1534 SOUTH TREADWAY BLVD  ABILENE TX 79602
TOLEDO FIN 3105 S 14TH ST  ABILENE TX 79605
TOLEDO FINANCE 203 E BAKER  BROWNWOOD TX 76801
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST CENTRAL TX COLL B 1007 W ILLINOIS AVE  MIDLAND TX 79701
WEST CENTRAL TX COLL B PO BOX 2586  ABILENE TX 79604
WORLD FINANCE CORP WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606
WORLD FINANCIAL CORP 3118 N 1ST ST  ABILENE TX 79603