

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2013**

_____
**United States Bankruptcy Judge**
_____

FORMNOI-OrderDis

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
MICHAEL RAY NEW SR                             CASE NO: 13-10197-RLJ-13
                                               DATED: September 17, 2013
_____
**ORDER DISMISSING CASE**
_____

      **The Debtor(s) having been given notice that this case would be dismissed pursuant to General Order 2010-01 upon the failure to cure defaults per Notice of Intent by the Trustee or Deficiency Notice by Clerk and the Trustee having certified Debtor(s) failure to cure by the presentment of this Order, specifically:**

    __ A mailing matrix containing an alphabetical listing of all creditors, was not filed with the petition as required by N.D. TX L.B.R. 1007-2(a) **within 48 hours.**
    __ Social Security / Tax ID Number must be provided **within 48 hours**.
    __ Attorney Fee Disclosure must be filed **within 14 days.**
    __ Debtor(s)' schedules (A-J) were not filed with the petition.  The schedules must be filed **within 14days** of the date of the filing of the petition (Bankruptcy Rule 1007 (c).
    __ Debtor(s)' statement of financial affairs was not filed with the petition.  The statement of financial affairs must be filed **within 14 days** of the date of the filing of the petition (Bankruptcy Rule 1007 (c).
    __ Debtor(s)' Plan and/or Authorization for Adequate Protection Disbursements in a form prescribed by the Trustee was not filed **within 14 days** of filing of the petition.
    _X_ Debtor(s)' did not pay the Trustee the first payment specified in the Debtor(s)' Plan **within 30 days** after the Petition date.
    __ Debtor(s)' did not attend the Section 341 Meeting of Creditors and/or Debtor's Seminar.
    __ Debtor(s)' did not comply with the provisions of General Order 2009-03 3(d-2); 3(d-3); 3(d-4) or 3(d-5) **within 14 days** after the Trustee served a Notice of Intent (NOI) to dismiss case.
    __ Debtor(s)' did not comply with the provisions of General Order 2009-03  3(e) **within 14 days** after the Trustee served a Notice of Intent (NOI) to dismiss case.
    __ Certificate of completion from an approved credit counseling course must be provided **within 14 days** of the date of filing of the petition.
    __ Copies of employee income records must be provided **within 14 days** of the date of filing the petition.
    __ Statement of Current Monthly Income must be provided **within 14 days** of the date of filing the petition.

**ORDERED** that this case is **DISMISSED**.

    IT IS FURTHER **ORDERED**, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

                                          # # # End of Order # # #

 /s/  Walter O'Cheskey_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
By:  Diane Davis